ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JIMMY NORRIS FIFE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 307-074 |
| ROBERT TOOLE, Unit Manager, and FRED BURNETTE, Warden, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, as Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the filing fee, this case is **DISMISSED** without prejudice.

SO ORDERED this ___ day of February, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE